# EXHIBIT G

## Filed Date & Time

| Date: | Time | Time Zone: |
|---|---|
| Thursday, September 20, 2007 | 3:56 PM | Central (U.S. and Canada) |

**Filing Status Definitions**

··· Filing Status Information ···

**Trace Number:** ED240J015131157  
**Current Status:** ✓ Confirmed  

**Court Assignment:** 341st District Court  
**Hearing Date:** //

| Fee | Est. Amount |
|---|---:|
| **Filing Fees:** | |
| Pleading - No Fee | $0.00 |
| Webb District eFiling Fee | $2.00 |
| **ProDoc, Inc.:** | |
| eFiling/eService Fee | $1.00 |
| 8.25% Sales Tax | $0.08 |
| **State eFiling Processing Fees:** | |
| TxO Processing Fee | $4.16 |
| **Total Estimated Fees:** | $7.24 |
| **Final Amount Billed:** | $7.24 |

### Payment Information

**Payment Method:** Credit Card  
**Address:** 2700 NE Loop 410, Ste. 675  
San Antonio, TX 78217  
**Credit Card Type:** Visa  
**Card Number:** XXXX XXXX XXXX 5351  
**Cardholder Name:** Robert L. Mays

### Personal Information

**Filer:** Robert Mays  
**Attorney of Record:** Robert Mays  
**Firm or Organization:** Robert L. Mays, Jr.  
**Bar Number:** 13308200  
**Address:** 2700 NE Loop 410, Ste. 675  
San Antonio, TX 78217  
**Phone:** (210) 657-7772  
**Fax:** (210) 657-7780  
**Email:** rlmays@swbell.net

### Filing Information

**Case Title:** Newman v. Kock, et. al.  
**Matter Number/Description:** Partial Non-Suit  
**Sealed Case:** No  
**County Name:** Webb  
**Court Type:** District  
**Jurisdiction:** Webb District  
**Court Name:** 341st District Court  
**Cause Number:** 2006CVQ001982D3  
**Document Type:** Pleading - No Fee  
**Special Instructions:**  
Please present the Order to Judge Salinas Ender. If I need to present that in person, please call me collect at 210-657-7772.

### Service Recipients

## Filed Date & Time

| Date: | Time | Time Zone: |
|---|---|
| Friday, March 07, 2008 | 9:30 AM | Central (U.S. and Canada) |

**Filing Status Definitions**

··· Filing Status Information ···

**Trace Number:** ED015J015186719
**Current Status:** ✓ Confirmed

**Court Assignment:** 285th District Court
**Hearing Date:** //
**Clerk Comments:** Thank you for e-filing.

| Fee | Est.Amount |
|---|---|
| **Filing Fees:** | |
| County eFiling Fee | $2.00 |
| Pleading - No Fee | $0.00 |
| **ProDoc, Inc.:** | |
| eFiling/eService Fee | $1.00 |
| 8.25% Sales Tax | $0.08 |
| **State eFiling Processing Fees:** | |
| TxO Processing Fee | $4.16 |
| **Total Estimated Fees:** | $7.24 |
| **Final Amount Billed:** | $7.24 |

### Payment Information

**Payment Method:** Credit Card
**Address:** 2700 NE Loop 410, Ste. 675
San Antonio, TX 78217
**Credit Card Type:** American Express
**Card Number:** XXXX XXXX XXXX 107
**Cardholder Name:** Robert L Mays

### Personal Information

**Filer:** Robert Mays
**Attorney of Record:** Robert Mays
**Firm or Organization:** Robert L. Mays, Jr.
**Bar Number:** 13308200
**Address:** 2700 NE Loop 410, Ste. 675
San Antonio, TX 78217
**Phone:** (210) 657-7772
**Fax:** (210) 657-7780
**Email:** rlmays@swbell.net

### Filing Information

**Case Title:** Mendiola v. Nardis, Inc.
**Matter Number/Description:** Notice of Bankruptcy Filing
**Sealed Case:** No
**County Name:** Bexar
**Court Type:** District
**Jurisdiction:** Bexar-District
**Court Name:** 285th District Court
**Cause Number:** 2006-CI-17782
**Document Type:** Pleading - No Fee

### Service Recipients

## Filed Date & Time

| Date: | Time | Time Zone: |
|---|---|
| Thursday, June 05, 2008 | 2:51 PM | Central (U.S. and Canada) |

**Filing Status Definitions**  ··· **Filing Status Information** ···

**Trace Number:** ED015J015223389
**Current Status:** ✓ Confirmed

**Court Assignment:** 131st District Court
**Hearing Date:** //
**Clerk Comments:** THANK YOU FOR E-FILING.

| Fee | Est.Amount |
|---|---|
| **Filing Fees:** | |
| County eFiling Fee | $2.00 |
| Pleading - No Fee | $0.00 |
| **ProDoc, Inc.:** | |
| eFiling/eService Fee | $1.00 |
| 8.25% Sales Tax | $0.08 |
| **State eFiling Processing Fees:** | |
| TxO Processing Fee | $4.16 |
| **Total Estimated Fees:** | $7.24 |
| **Final Amount Billed:** | $7.24 |

### Payment Information

**Payment Method:** Credit Card
**Address:** 2700 NE Loop 410, Ste. 675
San Antonio, TX 78217
**Credit Card Type:** American Express
**Card Number:** XXXX XXXX XXXX 107
**Cardholder Name:** Robert L Mays

### Personal Information

**Filer:** Robert Mays
**Attorney of Record:** Robert Mays
**Firm or Organization:** Robert L. Mays, Jr.
**Bar Number:** 13308200
**Address:** 2700 NE Loop 410, Ste. 675
San Antonio, TX 78217
**Phone:** (210) 657-7772
**Fax:** (210) 657-7780
**Email:** rlmays@swbell.net

### Filing Information

**Case Title:** In the Matter of the Marriage of Steven C. Martin v. Emerald D. Martin
**Matter Number/Description:** Divorce
**Sealed Case:** No
**County Name:** Bexar
**Court Type:** District
**Jurisdiction:** Bexar District
**Court Name:** 131st District Court
**Cause Number:** 2008-CI-06271
**Document Type:** Pleading - No Fee

### Service Recipients

### Filed Date & Time

| Date: | Time | Time Zone: |
|---|---|
| Saturday, July 05, 2008 | 12:06 PM | Central (U.S. and Canada) |

**Filing Status Definitions** ··· Filing Status Information ···

**Trace Number:** ED015J015235973
**Current Status:** ✓ Confirmed

**Court Assignment:** 131st District Court
**Hearing Date:** //
**Clerk Comments:** THANK YOU FOR E-FILING.

| Fee | Est.Amount |
|---|---|
| **Filing Fees:** | |
| County eFiling Fee | $2.00 |
| Pleading - No Fee | $0.00 |
| **ProDoc, Inc.:** | |
| eFiling/eService Fee | $1.00 |
| 8.25% Sales Tax | $0.08 |
| **State eFiling Processing Fees:** | |
| TxO Processing Fee | $4.16 |
| **Total Estimated Fees:** | $7.24 |
| **Final Amount Billed:** | $7.24 |

**Payment Information**

**Payment Method:** Credit Card
**Address:** 2700 NE Loop 410 #675
San Antonio, TX 78217
**Credit Card Type:** American Express
**Card Number:** XXXX XXXX XXXX 107
**Cardholder Name:** Robert L Mays

**Personal Information**

**Filer:** Robert Mays
**Attorney of Record:** Robert Mays
**Firm or Organization:** Robert L. Mays, Jr.
**Bar Number:** 13308200
**Address:** 2700 NE Loop 410, Ste. 675
San Antonio, TX 78217
**Phone:** (210) 657-7772
**Fax:** (210) 657-7780
**Email:** rlmays@swbell.net

**Filing Information**

**Case Title:** Bexar County, et.al. v. Andres Garcia
**Matter Number/Description:** Notice of Bankruptcy Discharge
**Sealed Case:** No
**County Name:** Bexar
**Court Type:** District
**Jurisdiction:** Bexar District
**Court Name:** 131st District Court
**Cause Number:** 2008-TA1-02341
**Document Type:** Pleading - No Fee

**Service Recipients**

## Filed Date & Time

| Date: | Time | Time Zone: |
|---|---|
| Monday, December 29, 2008 | 11:02 AM | Central (U.S. and Canada) |

**Filing Status Definitions**

··· Filing Status Information ···

**Trace Number:** ED015J015319440
**Current Status:** ✓ Confirmed

**Court Assignment:** 288th District Court
**Hearing Date:** //
**Clerk Comments:** THANK YOU FOR E-FILING.

| Fee | Est.Amount |
|---|---|
| **Filing Fees:** | |
| County eFiling Fee | $2.00 |
| Pleading - No Fee | $0.00 |
| **ProDoc, Inc.:** | |
| eFiling/eService Fee | $1.00 |
| 8.25% Sales Tax | $0.08 |
| **State eFiling Processing Fees:** | |
| TxO Processing Fee | $4.16 |
| **Total Estimated Fees:** | $7.24 |
| **Final Amount Billed:** | $7.24 |

### Payment Information

**Payment Method:** Credit Card
**Address:** 8626 Tesoro Drive, Ste. 510
San Antonio, TX 78217
**Credit Card Type:** American Express
**Card Number:** XXXX XXXX XXXX 107
**Cardholder Name:** Robert L Mays

### Personal Information

**Filer:** Robert Mays
**Attorney of Record:** Robert Mays
**Firm or Organization:** Robert L. Mays, Jr.
**Bar Number:** 13308200
**Address:** 8626 Tesoro Drive, Ste. 510
San Antonio, TX 78217
**Phone:** (210) 657-7772
**Fax:** (210) 657-7780
**Email:** rlmays@swbell.net

### Filing Information

**Case Title:** PowerMaster Corp. v PowerMaster Env. Group, et.al.
**Matter Number/Description:** Notice of Appearance
**Sealed Case:** No
**County Name:** Bexar
**Court Type:** District
**Jurisdiction:** Bexar District
**Court Name:** 288th District Court
**Cause Number:** 2008-CI-05040
**Document Type:** Pleading - No Fee

### Service Recipients

## Filed Date & Time

| Date: | Time | Time Zone: |
|---|---|
| Monday, December 29, 2008 | 1:06 PM | Central (U.S. and Canada) |

**Filing Status Definitions**            ··· **Filing Status Information** ···

**Trace Number:** ED240J015319568  
**Current Status:** ✓ Confirmed

**Court Assignment:** 341st District Court  
**Hearing Date:** //  
**Clerk Comments:** THANKS FOR USING EFILING WITH WEBB COUNTY

| Fee | Est. Amount |
|---|---|
| **Filing Fees:** | |
| Pleading - No Fee | $0.00 |
| Webb District eFiling Fee | $2.00 |
| **ProDoc, Inc.:** | |
| eFiling/eService Fee | $1.00 |
| 8.25% Sales Tax | $0.08 |
| **State eFiling Processing Fees:** | |
| TxO Processing Fee | $4.16 |
| **Total Estimated Fees:** | **$7.24** |
| **Final Amount Billed:** | **$7.24** |

### Payment Information

**Payment Method:** Credit Card  
**Address:** 8626 Tesoro Drive, Ste. 510  
San Antonio, TX 78217  
**Credit Card Type:** American Express  
**Card Number:** XXXX XXXX XXXX 107  
**Cardholder Name:** Robert L Mays

### Personal Information

**Filer:** Robert Mays  
**Attorney of Record:** Robert Mays  
**Firm or Organization:** Robert L. Mays, Jr.  
**Bar Number:** 13308200  
**Address:** 8626 Tesoro Drive, Ste. 510  
San Antonio, TX 78217  
**Phone:** (210) 657-7772  
**Fax:** (210) 657-7780  
**Email:** rlmays@swbell.net

### Filing Information

**Case Title:** Newman v. Kock, et.al.  
**Matter Number/Description:** Response to Second Motion for Summary Judgment  
**Sealed Case:** No  
**County Name:** Webb  
**Court Type:** District  
**Jurisdiction:** Webb District  
**Court Name:** 341st District Court  
**Cause Number:** 2006 CVQ 001982D3  
**Document Type:** Pleading - No Fee

### Service Recipients

## Filed Date & Time

| Date: | Time | Time Zone: |
|---|---|
| Thursday, January 15, 2009 | 9:54 AM | Central (U.S. and Canada) |

## Filing Status Definitions

**··· Filing Status Information ···**

**Trace Number:** ED015J015328336
**Current Status:** ✓ Confirmed

**Court Assignment:** 131st District Court
**Hearing Date:** //
**Clerk Comments:** WILL FORWARD TO PRESIDING. THANK YOU FOR E-FILING.

| Fee | Est. Amount |
|---|---|
| **Filing Fees:** | |
| County eFiling Fee | $2.00 |
| Pleading - No Fee | $0.00 |
| **ProDoc, Inc.:** | |
| eFiling/eService Fee | $1.00 |
| 8.25% Sales Tax | $0.08 |
| **State eFiling Processing Fees:** | |
| TxO Processing Fee | $4.16 |
| **Total Estimated Fees:** | $7.24 |
| **Final Amount Billed:** | $7.24 |

### Payment Information

**Payment Method:** Credit Card
**Address:** 8626 Tesoro Drive, Ste. 510
San Antonio, TX 78217
**Credit Card Type:** Mastercard
**Card Number:** XXXX XXXX XXXX 2353
**Cardholder Name:** Robert L Mays Jr

### Personal Information

**Filer:** Robert Mays
**Attorney of Record:** Robert Mays
**Firm or Organization:** Robert L. Mays, Jr.
**Bar Number:** 13308200
**Address:** 8626 Tesoro Drive, Ste. 510
San Antonio, TX 78217
**Phone:** (210) 657-7772
**Fax:** (210) 657-7780
**Email:** rlmays@swbell.net

### Filing Information

**Case Title:** Custom Crushed Stone v. Clark, et.ux.
**Matter Number/Description:** Motion to Withdraw as Attorney
**Sealed Case:** No
**County Name:** Bexar
**Court Type:** District
**Jurisdiction:** Bexar District
**Court Name:** 131st District Court
**Cause Number:** 2008-CI-15504
**Document Type:** Pleading - No Fee
**Special Instructions:**
Please set this Motion for hearing in Presiding District Court on January 21, 2009 at 8:30 AM. A FIAT is attached as page 3.

### Service Recipients

## Filed Date & Time

| Date: | Time | Time Zone: |
|---|---|
| Friday, March 06, 2009 | 8:32 AM | Central (U.S. and Canada) |

**Filing Status Definitions**

··· Filing Status Information ···

**Trace Number:** ED015J015360521
**Current Status:** ✓ Confirmed

**Court Assignment:** 288th District Court
**Hearing Date:** //
**Clerk Comments:** THANK YOU FOR E-FILING.

| Fee | Est. Amount |
|---|---|
| **Filing Fees:** | |
| County eFiling Fee | $2.00 |
| Pleading - No Fee | $0.00 |
| **Other Services Provided:** | |
| Jury Demand | $30.00 |
| **ProDoc, Inc.:** | |
| eFiling/eService Fee | $1.00 |
| 8.25% Sales Tax | $0.08 |
| **State eFiling Processing Fees:** | |
| TxO Processing Fee | $4.83 |
| **Total Estimated Fees:** | $37.91 |
| **Final Amount Billed:** | $37.91 |

### Payment Information

**Payment Method:** Credit Card
**Address:** 6307 Royal Ridge
San Antonio, TX 78239
**Credit Card Type:** Visa
**Card Number:** XXXX XXXX XXXX 5837
**Cardholder Name:** Robert Mays

### Personal Information

**Filer:** Robert Mays
**Attorney of Record:** Robert Mays
**Firm or Organization:** Robert L. Mays, Jr.
**Bar Number:** 13308200
**Address:** 8626 Tesoro Drive, Ste. 510
San Antonio, TX 78217
**Phone:** (210) 657-7772
**Fax:** (210) 657-7780
**Email:** rlmays@swbell.net

### Filing Information

**Case Title:** Leaf Funding, Inc. v. Cash Saver Rentals, Inc., et. al.
**Matter Number/Description:** Answer and Affirmative Defenses
**Sealed Case:** No
**County Name:** Bexar
**Court Type:** District
**Jurisdiction:** Bexar District
**Court Name:** 288th District Court
**Cause Number:** 2008-CI-21254
**Document Type:** Pleading - No Fee
**Other Services Requested:**
Jury Demand

### Service Recipients

## Filed Date & Time

| Date: | Time | Time Zone: |
|---|---|
| Thursday, June 05, 2008 | 2:51 PM | Central (U.S. and Canada) |

### Filing Status Definitions

··· Filing Status Information ···

**Trace Number:** ED015J015223389
**Current Status:** ✓ Confirmed

**Court Assignment:** 131st District Court
**Hearing Date:** //
**Clerk Comments:** THANK YOU FOR E-FILING.

| Fee | Est.Amount |
|---|---:|
| **Filing Fees:** | |
| County eFiling Fee | $2.00 |
| Pleading - No Fee | $0.00 |
| **ProDoc, Inc.:** | |
| eFiling/eService Fee | $1.00 |
| 8.25% Sales Tax | $0.08 |
| **State eFiling Processing Fees:** | |
| TxO Processing Fee | $4.16 |
| **Total Estimated Fees:** | $7.24 |
| **Final Amount Billed:** | $7.24 |

### Payment Information

**Payment Method:** Credit Card
**Address:** 2700 NE Loop 410, Ste. 675
San Antonio, TX 78217
**Credit Card Type:** American Express
**Card Number:** XXXX XXXX XXXX 107
**Cardholder Name:** Robert L Mays

### Personal Information

**Filer:** Robert Mays
**Attorney of Record:** Robert Mays
**Firm or Organization:** Robert L. Mays, Jr.
**Bar Number:** 13308200
**Address:** 2700 NE Loop 410, Ste. 675
San Antonio, TX 78217
**Phone:** (210) 657-7772
**Fax:** (210) 657-7780
**Email:** rlmays@swbell.net

### Filing Information

**Case Title:** In the Matter of the Marriage of Steven C. Martin v. Emerald D. Martin
**Matter Number/ Description:** Divorce
**Sealed Case:** No
**County Name:** Bexar
**Court Type:** District
**Jurisdiction:** Bexar District
**Court Name:** 131st District Court
**Cause Number:** 2008-CI-06271
**Document Type:** Pleading - No Fee

### Service Recipients


### Filed Date & Time

| Date: | Time | Time Zone: |
|---|---|
| Friday, January 23, 2009 | 10:03 AM | Central (U.S. and Canada) |

**Filing Status Definitions**

··· Filing Status Information ···

**Trace Number:** ED015J015333185
**Current Status:** ✓ Confirmed

**Court Assignment:** 288th District Court
**Hearing Date:** //
**Clerk Comments:** WILL FORWARD TO PRESIDING. THANK YOU FOR E-FILING.

| Fee | Est.Amount |
|---|---|
| **Filing Fees:** | |
| County eFiling Fee | $2.00 |
| Pleading - No Fee | $0.00 |
| **ProDoc, Inc.:** | |
| eFiling/eService Fee | $1.00 |
| 8.25% Sales Tax | $0.08 |
| **State eFiling Processing Fees:** | |
| TxO Processing Fee | $4.16 |
| **Total Estimated Fees:** | $7.24 |
| **Final Amount Billed:** | $7.24 |

### Payment Information

**Payment Method:** Credit Card
**Address:** 8626 Tesoro Drive, Ste. 510
San Antonio, TX 78217
**Credit Card Type:** American Express
**Card Number:** XXXX XXXX XXXX 107
**Cardholder Name:** Robert L Mays

### Personal Information

**Filer:** Robert Mays
**Attorney of Record:** Robert Mays
**Firm or Organization:** Robert L. Mays, Jr.
**Bar Number:** 13308200
**Address:** 8626 Tesoro Drive, Ste. 510
San Antonio, TX 78217
**Phone:** (210) 657-7772
**Fax:** (210) 657-7780
**Email:** rlmays@swbell.net

### Filing Information

**Case Title:** Powermaster Corp v Powermaster Env. Gp., et.al.
**Matter Number/Description:** Motion to Substitute True Name of Plaintiff
**Sealed Case:** No
**County Name:** Bexar
**Court Type:** District
**Jurisdiction:** Bexar District
**Court Name:** 288th District Court
**Cause Number:** 2008-CI-05040
**Document Type:** Pleading - No Fee
**Special Instructions:**
Please set this for hearing in the Presiding Court, Room 218, at 8:30 AM on January 29, 2009.

### Service Recipients

## Filed Date & Time

| Date: | Time | Time Zone: |
|---|---|
| Friday, May 29, 2009 | 1:49 PM | Central (U.S. and Canada) |

**Filing Status Definitions**

··· Filing Status Information ···

**Trace Number:** ED015J015420333
**Current Status:** ✓ Confirmed

**Court Assignment:** 288th District Court
**Hearing Date:** //
**Clerk Comments:** the setting will be sent to presiding. please call 210-335-2000 to confirm your setting. thank you for e-filing.

| Fee | Est. Amount |
|---|---|
| **Filing Fees:** | |
| County eFiling Fee | $2.00 |
| Pleading - No Fee | $0.00 |
| **ProDoc, Inc.:** | |
| eFiling/eService Fee | $1.00 |
| 8.25% Sales Tax | $0.08 |
| **State eFiling Processing Fees:** | |
| TxO Processing Fee | $4.16 |
| **Total Estimated Fees:** | $7.24 |
| **Final Amount Billed:** | $7.24 |

### Payment Information

**Payment Method:** Credit Card
**Address:** 8626 Tesoro Drive, Ste. 820
San Antonio, TX 78217
**Credit Card Type:** American Express
**Card Number:** XXXX XXXX XXXX 221
**Cardholder Name:** Robert Mays

### Personal Information

**Filer:** Robert Mays
**Attorney of Record:** Robert Mays
**Firm or Organization:** Robert L. Mays, Jr.
**Bar Number:** 13308200
**Address:** 8626 Tesoro Drive, Ste. 820
San Antonio, TX 78217
**Phone:** (210) 657-7772
**Fax:** (210) 657-7780
**Email:** rlmays@swbell.net

### Filing Information

**Case Title:** Leaf Funding v Cash Saver Rentals, et.al.
**Matter Number/Description:** Motion for Reconsideration
**Sealed Case:** No
**County Name:** Bexar
**Court Type:** District
**Jurisdiction:** Bexar District
**Court Name:** 288th District Court
**Cause Number:** 2008-CI-21254
**Document Type:** Pleading - No Fee
**Special Instructions:**
Please set the Motion for Reconsideration for hearing on June 4, 2009 at 8:30 am in Presiding Civil District Court. Thank you.

### Service Recipients

## Filed Date & Time

| Date: | Time | Time Zone: |
|---|---|
| Friday, November 20, 2009 | 12:56 PM | Central (U.S. and Canada) |

**Filing Status Definitions**

··· Filing Status Information ···

**Trace Number:** ED015J015583716
**Current Status:** ✓ Confirmed

**Court Assignment:** 166th District Court
**Hearing Date:** //
**Clerk Comments:** thank you for e-filing

| Fee | Est.Amount |
|---|---|
| **Filing Fees:** | |
| County eFiling Fee | $2.00 |
| Pleading - No Fee | $0.00 |
| **ProDoc, Inc.:** | |
| eFiling/eService Fee | $1.00 |
| 8.25% Sales Tax | $0.08 |
| **State eFiling Processing Fees:** | |
| TxO Processing Fee | $4.16 |
| **Total Estimated Fees:** | $7.24 |
| **Final Amount Billed:** | $7.24 |

### Payment Information

**Payment Method:** Credit Card
**Address:** 8626 Tesoro Drive, Ste. 820
San Antonio, TX 78217
**Credit Card Type:** American Express
**Card Number:** XXXX XXXX XXXX 221
**Cardholder Name:** Robert L Mays

### Personal Information

**Filer:** Robert Mays
**Attorney of Record:** Robert Mays
**Firm or Organization:** Robert L. Mays, Jr.
**Bar Number:** 13308200
**Address:** 8626 Tesoro Drive, Ste. 820
San Antonio, TX 78217
**Phone:** (210) 657-7772
**Fax:** (210) 657-7780
**Email:** rlmays@swbell.net

### Filing Information

**Case Title:** Bexar County, et.al. v. Tanya Carty, et.al.
**Matter Number/Description:** Notice of Appearance and Affidavit
**Sealed Case:** No
**County Name:** Bexar
**Court Type:** District
**Jurisdiction:** Bexar District
**Court Name:** 166th District Court
**Cause Number:** 2008TA101986
**Document Type:** Pleading - No Fee

### Service Recipients

## Filed Date & Time

| Date: | Time | Time Zone: |
|---|---|
| Monday, February 21, 2011 | 10:03 AM | Central (U.S. and Canada) |

### Filing Status Definitions

··· Filing Status Information ···

**Trace Number:** ED015J016186760
**Current Status:** ✓ Confirmed

**Court Assignment:** 225th District Court
**Hearing Date:** //
**Clerk Comments:** THANK YOU FOR E-FILING

| Fee | Est.Amount |
|---|---|
| **Filing Fees:** | |
| County eFiling Fee | $2.00 |
| Pleading - No Fee | $0.00 |
| **ProDoc, Inc.:** | |
| eFiling/eService Fee | $2.00 |
| 8.25% Sales Tax | $0.17 |
| **State eFiling Processing Fees:** | |
| TxO Processing Fee | $4.18 |
| **Total Estimated Fees:** | **$8.35** |
| **Final Amount Billed:** | **$8.35** |

### Payment Information

**Payment Method:** Credit Card
**Address:** 6307 Royal Ridge
San Antonio, TX 78239
**Credit Card Type:** Visa
**Card Number:** XXXX XXXX XXXX 5837
**Cardholder Name:** Robert Mays

### Personal Information

**Filer:** Robert Mays
**Attorney of Record:** Robert Mays
**Firm or Organization:** Robert L. Mays, Jr.
**Bar Number:** 13308200
**Address:** 8626 Tesoro Drive, Ste. 820
San Antonio, TX 78217
**Phone:** (210) 657-7772
**Fax:** (210) 657-7780
**Email:** rlmays@swbell.net

### Filing Information

**Case Title:** McPeters v. LexisNexis
**Matter Number/ Description:** Notice- Complied w Tex. Bus. Comm. Code Sec 17,501
**Sealed Case:** No
**County Name:** Bexar
**Court Type:** District
**Jurisdiction:** Bexar District
**Court Name:** 225th District Court
**Cause Number:** 2011CI01119
**Document Type:** Pleading - No Fee

### Service Recipients

## Filed Date & Time

| Date: | Time | Time Zone: |
|---|---|
| Monday, December 12, 2011 | 8:46 AM | Central (U.S. and Canada) |

**Filing Status Definitions**

··· **Filing Status Information** ···

**Trace Number:** 201EFJ016631991
**Current Status:** ✓ Confirmed

**Court Assignment:** Texas Supreme Court
**Hearing Date:** //
**Clerk Comments:** YOUR E-FILING IS ACCEPTED! Please remember to submit the FILE STAMPED COPY of your filing. Please submit the appropriate number of courtesy copies: Petitions (2) Record in Mandamus (1) Response (2) Reply (2) Amicus Brief (2) Any Brief on the Merits (4) The Court does not require courtesy copies of Motions, Responses to Motions, Letters, Waivers, Oral Argument Submission Forms, or 76(a) Notices. Thank you!

| Fee | Est.Amount |
|---|---|
| **Filing Fees:** | |
| Letter/Notice | $0.00 |
| **ProDoc, Inc.:** | |
| eFiling/eService Fee | $2.00 |
| 8.25% Sales Tax | $0.17 |
| **State eFiling Processing Fees:** | |
| Texas.gov Administration Fee | $4.14 |
| **Total Estimated Fees:** | $6.31 |
| **Final Amount Billed:** | $6.31 |

### Payment Information

**Payment Method:** Credit Card
**Address:** 6307 Royal Ridge
San Antonio, TX 78239
**Credit Card Type:** Visa
**Card Number:** XXXX XXXX XXXX 5837
**Cardholder Name:** Robert Mays

### Personal Information

**Filer:** Robert Mays
**Attorney of Record:** Robert Mays
**Firm or Organization:** Robert L. Mays, Jr.
**Bar Number:** 13308200
**Address:** 8626 Tesoro Drive, Ste. 820
San Antonio, TX 78217
**Phone:** (210) 657-7772
**Fax:** (210) 657-7780
**Email:** mays7772@gmail.com

### Filing Information

**Case Title:** Amrex, Inc. v. Pratt
**Matter Number/Description:** Advisory to the Court
**County Name:** N/A
**Court Type:** Supreme
**Jurisdiction:** Supreme Court of Texas
**Court Name:** Texas Supreme Court
**Cause Number:** 11-0983
**Document Type:** Letter/Notice

### Document Information

Refresh Documents
**Total Pages:** 2
**Document Being Filed:**
Advisory to the Court TSC.pdf

### Service Recipients

**Case Party**
» Amrex, Inc.

## Filed Date & Time

| Date: | Time | Time Zone: |
|---|---|
| Wednesday, April 11, 2012 | 12:41 PM | Central (U.S. and Canada) |

**Filing Status Definitions**

··· Filing Status Information ···

**Trace Number:** EC101J016823313
**Current Status:** ✓ Confirmed

**Court Assignment:** County Civil Court at Law No.3
**Hearing Date:** //
**Clerk Comments:** THANKS FOR E-FILING

| Fee | Est.Amount |
|---|---|
| **Filing Fees:** | |
| County eFiling Fee | $2.00 |
| Motion - No Fee | $0.00 |
| **ProDoc, Inc.:** | |
| eFiling/eService Fee | $3.00 |
| 8.25% Sales Tax | $0.25 |
| **State eFiling Processing Fees:** | |
| Texas.gov Administration Fee | $4.21 |
| **Total Estimated Fees:** | **$9.46** |
| **Final Amount Billed:** | **$9.46** |

### Payment Information

**Payment Method:** Credit Card
**Address:** 6307 Royal Ridge
San Antonio, TX 78239
**Credit Card Type:** Visa
**Card Number:** XXXX XXXX XXXX 5837
**Cardholder Name:** Robert Mays

### Personal Information

**Filer:** Robert Mays
**Attorney of Record:** Robert Mays
**Firm or Organization:** Robert L. Mays, Jr.
**Bar Number:** 13308200
**Address:** 8626 Tesoro Drive, Ste. 820
San Antonio, TX 78217
**Phone:** (210) 657-7772
**Fax:** (210) 657-7780
**Email:** mays7772@gmail.com

### Filing Information

**Case Title:** Marlin Leasing Corp. v. Muecke
**Matter Number/ Description:** Motion for Joinder of Parties & Abatement of Order
**Sealed Case:** No
**County Name:** Harris
**Court Type:** County
**Jurisdiction:** Harris County Civil Courts at Law
**Court Name:** County Civil Court at Law No.3
**Cause Number:** 851617-401
**Document Type:** Motion - No Fee
**Special Instructions:**
Please set this on the 9:00 am docket on April 17, 2012 in County Court at Law No. 3.

### Document Information

Refresh Documents
**Total Pages:** 5
**Document Being Filed:**
Joinder and Abatement.pdf

### Service Recipients